ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
JENNIFER L. WAIER
Assistant United States Attorney
California Bar Number:    209813
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3550
     Facsimile: (714) 338-3708
     E-mail:    Jennifer.Waier@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. SA CR 11-180-CJC |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO THE |
| | ) | PRESENTENCE REPORT FOR |
| v. | ) | DEFENDANT RICHARD AYVAZYAN |
| | ) | |
| RICHARD AYVAZYAN, et al., | ) | |
| | ) | |
| Defendants. | ) | SENTENCING DATE: July 16, 2012 |
| | ) | TIME:            10:00 a.m. |

Plaintiff United States of America, by and through its counsel of record, Jennifer L. Waier, having received and reviewed the Presentence Report for defendant Richard Ayvazyan

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

in the above matter, submits the government's response to the Presentence Report.

DATED: June 6, 2012			Respectfully submitted,

					ANDRÉ BIROTTE JR.
					United States Attorney

					DENNISE D. WILLETT
					Assistant United States Attorney
					Chief, Santa Ana Branch


					*Jennifer L. Waier*
					JENNIFER L. WAIER
					Assistant United States Attorney

					Attorneys for Plaintiff
					United States of America

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Richard Ayvazyan pleaded guilty to conspiracy to commit bank fraud in violation of 18 U.S.C. § 371.

The Probation Office has determined that defendant's total offense level with acceptance of responsibility is 19 and Criminal History Category is I.  Thus, the advisory guideline sentencing range is 30-37 months imprisonment.  The government concurs with the calculation of defendant's offense level and criminal history category in the Presentence Report.

Consistent with the Presentence Report, the government requests that defendant receive the following sentence: 30 months imprisonment followed by a three-year term of supervised release under the conditions noted in the Presentence Report.  In addition, defendant should be ordered to pay a $100 special assessment and restitution.

This sentence is consistent with the applicable factors delineated in 18 U.S.C. § 3553(a) and therefore is just punishment as it protects the public in light of defendant's criminal history and instills the seriousness of the committed offense.